Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

SAN FRANCISCO DIVISION

**RiskIQ, Inc.,** a Delaware Corporation,

Plaintiff;

v.

**Risk IO, Inc.,** a Delaware Corporation

Defendant.

**Case No. 3:14-cv-05463-HSG**

**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL SUBJECT TO CONTINUING ENFORCEMENT JURISDICTION**

**FED.R.CIV.P. RULE 41(A)(2) AND RULE 65**

### NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL
### SUBJECT TO CONTINUING ENFORCEMENT JURISDICTION

Plaintiff RiskIQ, Inc. and Defendant Risk IO, Inc. have agreed to resolve and settle this Action by mutual agreement and entered into a Confidential Settlement Agreement effective March 9, 2015.

Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, RiskIQ respectfully requests that the Court dismiss the above-captioned action with prejudice, and RiskIQ further respectfully requests that the Court retain jurisdiction over the Confidential Settlement Agreement signed between the parties, and all matters arising out of the Confidential Settlement Agreement, including enforcement of its terms under Rule 65 of the Federal Rules of Civil Procedure if required.

Respectfully submitted,

Dated:  March 20, 2015         COMPUTERLAW GROUP LLP

By:   */s/ Christopher Sargent*
Jack Russo
Christopher Sargent

Attorneys for Plaintiff
RISKIQ, INC.

### ORDER OF DISMISSAL

For good cause shown, the above-captioned action is dismissed with prejudice.

This Dismissal shall not extinguish the Parties rights and obligations under the March 9, 2015 Confidential Settlement Agreement, and the Court expressly reserves and retains jurisdiction over the parties' Confidential Settlement Agreement, and all matters arising out of the Confidential Settlement Agreement, including enforcement of its terms.

SO ORDERED.

Dated: 3/20/2015

Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court